1

2

3                    UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,                 No. CR 01-0284  MHP

7              Plaintiff(s),          **ORDER REVOKING SUPERVISED**
                                      **RELEASE AND JUDGEMENT**
8      v.

9   JAY H. JOHNSON,

10             Defendant(s).
    _____/

11

12

13        This matter came on pursuant to an Order to Show Cause why supervised release should not

14   be revoked.  Defendant appeared in person with his attorney Steven Kalar. The United States was

15   represented by Assistant United States Attorney Andrew Scoble.

16        The defendant was advised of the following:

17        1.    His right to a hearing on the alleged violations of supervised release;

18        2.    His right to confront and cross-examine witnesses;

19        3.    His right to produce evidence and witnesses at the hearing without cost to him if he

20              could not afford the same;

21        4.    His right to continue to have court appointed counsel represent him throughout the

22              proceedings; and

23        5.    The nature of the revocation proceedings and the consequences if a violation was

24              found and supervised release revoked or modified.

25        The court finds that defendant was fully advised of his constitutional and statutory rights in

26   connection with these proceedings either as a basis for modification or revocation; that he  fully

27   understands the nature of the proceeding and the defenses that he may assert in the proceeding; that

28   he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

**United States District Court**
For the Northern District of California

1   his right to a hearing, his counsel consenting thereto.

2       The court finds that the defendant has admitted to the violations as alleged in the  petition to

3   revoke and that such violations are sufficient cause to revoke supervised release.

4

5       Charge 1:      Violation of Standard Condition  which states that defendant shall not commit

6                       another federal, state, or local crime in that on May 14, 2008 was arrested and

7                       charged with violations of CHSC § 11352(a) - Sale or Distribution of a

8                       Controlled Substance, CPC 182 - Conspiracy, and CPC § 148 - Resisting or

9                       Obstructing a Peace Officer.

10      Charge 2:      Violation of Standard Condition number eight  which states the defendant

11                      shall refrain from the use of any controlled substance, except as prescribed by

12                      a physician in that on April 16,2 008, the defendant submitted a urine sample

13                      which tested positive for marijuana

14  Based on the foregoing,

15      IT IS ADJUDGED that supervised release  is hereby REVOKED, and that defendant is

16  REMANDED  into the custody of the Attorney General or his authorized representative for a term of

17  eighteen (18)  months.  No further supervision ordered.

18

19

20  Dated: August 29, 2008                          _____

21                                                  MARILYN HALL PATEL
                                                    United States District Court

22

23

24

25

26

27

28

United States District Court
For the Northern District of California